IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| REDMAN & ASSOCIATES, LLC | PLAINTIFF and COUNTERCLAIM DEFENDANT |
| v. | Case No. 5:13-CV-05071 |
| FISHER-PRICE, INC. and MATTEL, INC. | DEFENDANTS and COUNTERCLAIM PLAINTIFFS |

## CONSENT JUDGMENT AND DISMISSAL

On consent of Plaintiff and Counterclaim Defendant Redman & Associates, LLC ("Redman") and Defendants and Counterclaim Plaintiffs Fisher-Price, Inc. ("Fisher-Price") and Mattel, Inc. ("Mattel"), judgment is hereby entered as follows:

1.  Judgment is entered in favor of Fisher-Price and Mattel and against Redman on Fisher-Price's and Mattel's claims for infringement of U.S. Patent No. 5,644,114 to Neaves ("the '114 Neaves patent").

2.  The claims of the '114 Neaves patent are not invalid and are not unenforceable.

3.  Redman's Monster Trax Dirt Racer 22 infringes the claims of the '114 Neaves patent.

4.  Redman, its officers, directors, and agents in active concert and participation with them who receive actual notice of this judgment by personal service or otherwise, shall be and hereby are permanently enjoined and restrained from infringing on the '114 Neaves patent by making, using, selling, offering for sale, or importing the products as recited in paragraph 3 above or mere colorable or insubstantial variations thereof.

5. Fisher-Price and Mattel's other claims against Redman, and Redman's counterclaims against Fisher-Price and Mattel, shall be and hereby are DISMISSED WITHOUT PREJUDICE.

6. Fisher-Price, Mattel, and Redman shall bear their own costs and attorney's fees.

7. This judgment shall terminate this action in all respects as between Fisher-Price, Mattel, and Redman.

IT IS SO ORDERED this 20th day of May, 2014.

/s/ TLB
TIMOTHY L. BROOKS
U.S. DISTRICT JUDGE